IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR364 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT ROOSEVELT HOUSTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the statement of appeal from the magistrate judge's order of detention (Filing No. 16). Having reviewed the motion and supporting brief and plaintiff's brief in opposition thereto, as well as the report of pretrial services, the Court finds defendant's appeal should be denied. Accordingly,

IT IS ORDERED that the appeal from the magistrate judge's order of detention is denied. The detention order (Filing No. 13) remains in effect.

DATED this 25th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court