# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR0364 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL DOCUMENT |
| v. | ) | |
| | ) | |
| ROBERT ROOSEVELT HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 15th day of March, 2007, on the Motion of the defendant (Filing No. 41) for an order to seal his Motion to Review Detention and Request for Evidentiary Hearing (Filing No. 42).

The Court, being fully advised in the premises, finds that the Motion (Filing No. 41) should be granted.

IT IS THEREFORE ORDERED that the document (Filing No. 42) named in defendant's Motion Requesting Certain Documents to be Sealed shall be filed under seal. The defendant has already filed the subject motion under seal and the motion need not be refiled.

DATED this 15th day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge