# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR364 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT ROOSEVELT HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Robert Roosevelt Houston (Houston) to review detention (Filing No. 42-Sealed). Houston seeks release to a drug treatment program at NOVA Therapeutic Community in Omaha, Nebraska. The court held a hearing on the motion on March 19, 2007. The court has been furnished with a Mental Health and Substance Abuse Assessment from GOCA and two Client Progress reports. While Houston appears to have a substantial substance abuse problem, he also has a substantial criminal history involving violent behavior. He also has a history of noncompliance with previous orders of the court regarding pretrial supervision, probation, parole, or supervised release. At the time of his arrest, he attempted to flee from the arresting officers.

The court finds the proposed release to NOVA would not reasonably assure the safety of the community or Houston's presence for further proceedings if he were released.

Accordingly, Houston's motion to review detention (Filing No. 42-Sealed) is denied.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge